UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

HUSSEIN KHALIFEH,

          Defendant.
-----------------------------------------------------------X

**MOTION FOR**
**RELEASE OF CASH BAIL**

DKT#: 1:04-MAG-01248-JMA
BAIL RECEIPT #: 129982601

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this matter, and it is therefore requested that the $7,500 cash bail posted by Mr. Hussein Khalifeh be released pursuant to your Honor's Order of Exoneration.

MURRAY RICHMAN, ESQ.
LAW OFFICES OF MURRAY RICHMAN
Attorney for defendant
2027 Williamsbridge Road
Bronx, New York 10461

**ORDER**

In consideration of the foregoing motion, and upon consent of the Government (AUSA Durham), it is thereupon ORDERED, that the Clerk of the Court forthwith make the above mentioned disbursement.

**S O   O R D E R E D.**

HONORABLE ALLYNE R. ROSS
United States District Judge
Dated: Feb 25, 2009